# United States Court of Appeals
## For the First Circuit

No. 11-1764

UNITED STATES,

Appellee,

v.

ANTHONY JONES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 2, 2011, is amended as follows:

On page 28, line 2, replace "21 U.S.C. § 841(a)(1)(B)(iii)" with "21 U.S.C. § 841(b)(1)(B)(iii)"